# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARSHELL QUALLS,<br><br>        Plaintiff,<br><br>    vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No. 2:22-cv-03774 AB(PVCx)<br><br>District Judge: Andre Birotte Jr.<br><br>[~~PROPOSED~~] **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Plaintiff ARSHELL QUALLS ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 March 22, 2024.

   Accordingly, the Court enters **JUDGMENT** in favor of Plaintiff in the amount of $45,000.00 pursuant to the terms of the Rule 68 Offer.

   **IT IS SO ORDERED.**

Date: March 29, 2024

_____
Hon. André Birotte Jr.
District Judge

1